Henry H. HOCHMUTH et al., Appellants, v. FARM MORTGAGE HOLDING CO.

No. 10586.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1936.

Leon Greenebaum and Warren S. Earhart, both of Kansas City, Mo., for appellants.

John F. Reinhardt, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal allowed by this court dismissed, with costs, on motion of appellee.

GEORGE A. HORMEL & COMPANY, Appellant, v. UNITED STATES of America.

No. 10354.

Circuit Court of Appeals, Eighth Circuit.

Dec. 23, 1935.

For opinion below, see 10 F.Supp. 623.

Leland W. Scott, of Minneapolis, Minn., for appellant.

George F. Sullivan, U. S. Atty., and Linus J. Hammond, Asst. U. S. Atty., both of St. Paul, Minn.

PER CURIAM.

Appeal dismissed, with prejudice, at costs of appellant, but without taxation of attorney's docket fee, per stipulation of parties.

INLAND DEVELOPMENT COMPANY, a Corporation, v. The CITY OF OKLAHOMA CITY, OKLAHOMA, a Municipal Corporation, et al.

No. 1413.

Circuit Court of Appeals, Tenth Circuit.

April 8, 1936.

For opinion below, see 9 F.Supp. 96.

Rittenhouse, Webster & Rittenhouse, of Oklahoma City, Okl., for appellant.

A. P. Van Meter, Asst. Municipal Counselor, of Oklahoma City, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

The INLAND UTILITIES COMPANY, a Corporation, v. J. R. GIDEON, Administrator of the ESTATE of James GIDEON, Deceased.

No. 1349.

Circuit Court of Appeals, Tenth Circuit.

March 6, 1936.

Langdon H. Larwill, of Denver, Colo., for appellant.

J. S. Vaught, of Albuquerque, N. M., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.